UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BASSEM M. TADROS,

        Plaintiff, REPORT AND
                                                                          RECOMMENDATION
     -against- CV-06-3619 (FB)

JOSE RAMOS, et al.,

        Defendants.
----------------------------------------------------------X

        This action was filed on July 24, 2006. By order dated August 18, 2006, I scheduled an initial conference for November 30, 2006. No one appeared.

        On December 5, 2006, I issued an order noting that the court's records indicate that defendants have not answered and that plaintiff has taken no further action to prosecute the case. My order directed plaintiff to file a status report by December 15, 2006, and alerted him that failure to comply would result in a recommendation that this case be dismissed for failure to prosecute. See Docket Entry 3.

        Plaintiff has not responded to my order of December 5, 2006 or otherwise communicated with the court. Accordingly, I respectfully recommend that this action be dismissed unless, within the time for filing objections to this recommendation, plaintiff explains his failure to contact the court or appear for the scheduled conference, and indicates his intention to prosecute this matter in compliance with future court orders. Any objections to this report and recommendation must be filed with the Clerk of the Court, with copies provided to the Honorable Frederic Block within ten days of receipt and in any event no later than January 30, 2007. Failure to file timely objections may waive the right to appeal the District Court's order. See 28 U.S.C. §636(b) (1); Fed.R.Civ.P. 6(a), 6(e), 72; Small v. Secretary of Health and Human Services, 892 F.2d 14, 15 (2d Cir. 1989).

                                                                                   /s/
                                                                  STEVEN M. GOLD
                                                                  United States Magistrate Judge

Brooklyn, New York
January 12, 2007

C:\MyFiles\tadros 012007.wpd